UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LATRICE M. CRISPELL,

    Plaintiff,

No. 20-10558

v.

District Judge George Caram Steeh

Magistrate Judge R. Steven Whalen

FCA US, LLC,

    Defendant.

_____ /

**ORDER**

For the reasons and under the terms stated on the record on May 25, 2021, Plaintiff's Motion to Compel Discovery and to Amend Scheduling Order [ECF No. 21] is GRANTED IN PART AND DENIED IN PART.

As to Interrogatory No. 5, Defendant will identify persons from whom information was obtained to prepare it's response to Plaintiff's EEOC or Michigan Department of Civil Rights charges, including the person's name and when they were contacted. Defendant will also produce any emails or other communications

with those persons. If any information is redacted or not produced based on a claim of privilege, Defendant will produce a privilege log.

As to Interrogatory No. 7, Defendant will produce the requested information along with the organizational chart that the parties have agreed will be produced.

As to Interrogatory No. 9 and Request to Produce No. 19, Defendant will produce the electronically stored attendance records of employees in it's Departments 9130 and 9131, from calendar years 2016 to 2018. As to any additional disciplinary records relating to those employees, the request to produce is DENIED WITHOUT PREJUDICE.

As to Request to Produce No. 7, the motion is GRANTED. Any material redacted or excluded based on a claim of privilege will be reflected in a privilege log.

As to Request to Produce No. 20, the motion is DENIED WITHOUT PREJUDICE.

The Scheduling Order [ECF No. 13] is amended as follows:

Discovery Cutoff: September 30, 2021

| | |
|---|---|
| Stip. for Case Evaluation/Request for Settlement Conference | September 30, 2021 |
| Dispositive Motions Due: | November 11, 2021 |
| Final Pretrial Order and Motions In Limine | April 15, 2022 |

All other dates to be set by the Court.

    IT IS SO ORDERED.

                              <u>s/R. Steven Whalen</u>
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2021

<u>CERTIFICATE OF SERVICE</u>
    I hereby certify that a copy of the foregoing document was sent to parties of record on May 26, 2021, electronically and/or by U.S. mail.

                              <u>s/Carolyn M. Ciesla</u>
                              Case Manager to the
                              Hon. R. Steven Whalen